UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SPEELMAN, and<br>KARREN SPEELMAN,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 05-2482 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

On December 27, 2005, plaintiff filed a *pro se* complaint in this Court asserting violations of the Tax Code and regulations by officers or agents of the United States. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption to name and full *residence* address of the party." Plaintiffs have listed a post office box address in the caption of their complaint, but no residence address. Accordingly, it is hereby

ORDERED that plaintiffs shall, on or before January 20, 2006, file an amended complaint that includes their residence address or addresses.

SO ORDERED.


_____/s/_____
PAUL L. FRIEDMAN
United States District Judge

DATE: January 3, 2006