From the desk of: *Robert Speelman*

01/27/2006

United States District Court
For the District of Columbia
Clerk of Court  and or
Judge Paul L. Friedman

Robert Speelman
3465 Moorefield Road
Springfield, Ohio 45501

Dear Sir or To Whom It May Concern,

I, Robert Speelman, have been out of state for the pass three and a half weeks and upon return, I received a letter from, which I believe from the court or clerk of court that said, I should amend my complaint to include my residence address, which is as follows:

Residence:  Robert Speelman             Mailing Address:  Robert Speelman
            3465 Moorefield Road                          PO Box 1232
            Springfield, Ohio  45501                      Springfield, Ohio  45501

I picked my mail up on the 27th of January, 2006.  I live in the county and do not have a mail box for mail delivery. This why I have used my PO Box for all receiving mail.

I do hope you understand way there is a delay in returning my response back to you.

Thanking you in advance,

*Robert Speelman*

PS: Enclosed are copies of the first page of the complaint with my Residence address on it for your file as suggested by your clerk, plus a copy the order and letter of explanation.

# United States District Court
IN THE DISTRICT OF COLUMBIA

Robert Speelman,
Karren Speelman
3465 Moorefield Road/PO Box 1232
Springfiled, Ohio 45501
937-390-2150

        Plaintiff(s),

v.

United States
        Defendant.

Case No. _____

CASE NUMBER   1:05CV02482

JUDGE: Paul L. Friedman

DECK TYPE: Pro se General Civil

DATE STAMP: 12/27/2005

**COMPLAINT, PETITION, AND CLAIM
IN THE NATURE OF A COMPLAINT, PETITION, AND CLAIM
UNDER THE AUTHORITY OF 26 U.S.C. § 7433**

**I
INTRODUCTION**

1. This Honorable Court has subject matter jurisdiction of these proceedings pursuant to 26 U.S.C. §7433, and derives its rights pursuant to Article III of the Constitution of the United States and Title 28 of the United States Code, as interpreted by Nguyen v. United States, 539 U.S. 69 (2003), and by virtue of sufficient pleadings clearly setting forth the right, title and claim of the plaintiff(s). Robert Speelman, Karren Speelman plaintiff(s), is/are (a) Citizen(s) of Ohio 45501, a "State in this Union," (Art. IV § 4, United States Constitution), and is/are neither employed by, nor personnel of, the United States Inc., (Art. II, United States Constitution). Defendant through principals, officers, agents, rogue agents and/or employees of the Internal Revenue Service, in connection with the collection of federal tax beginning with "tax

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SPEELMAN, and<br>KARREN SPEELMAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 05-2482 (PLF)<br>)<br>)<br>)<br>)<br>) |

ORDER

On December 27, 2005, plaintiff filed a *pro se* complaint in this Court asserting violations of the Tax Code and regulations by officers or agents of the United States. Local Civil Rule 5.1(e)(1) requires that "[t]he first filing by or on behalf of a party shall have in the caption to name and full *residence* address of the party." Plaintiffs have listed a post office box address in the caption of their complaint, but no residence address. Accordingly, it is hereby

ORDERED that plaintiffs shall, on or before January 20, 2006, file an amended complaint that includes their residence address or addresses.

SO ORDERED.

                                                 /s/
                                    PAUL L. FRIEDMAN
                                    United States District Judge

DATE: January 3, 2006