IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT SPEELMAN<br>KARREN SPEELMAN<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)   No: 1:05-cv-2482 (PLF)<br>)<br>)<br>)<br>)<br>) |

**O R D E R**

Having considered the United States' motion to dismiss the complaint, together with the memorandum in support thereof, and having further considered plaintiffs' [lack of] opposition thereto, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2006, at Washington, District of Columbia,

ORDERED that the United States' motion to dismiss be and is GRANTED;

ORDERED that plaintiffs' complaint be and is DISMISSED; and it is further

ORDERED that the Clerk shall distribute conformed copies of this order to the parties and representatives of the parties listed below.

_____
UNITED STATES DISTRICT JUDGE

1645277.1

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Robert Speelman
Karren Speelman
Plaintiffs *pro se*
P.O. Box 1232
Springfield, OH 45501

1645277.1

CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing United States' proposed ORDER was caused to be served upon plaintiffs *pro se* on April 12, 2006, by putting a copy in the United States' mail, postage prepaid, addressed as follows:

> Robert Speelman
> Karren Speelman
> Plaintiffs *pro se*
> P.O. Box 1232
> Springfield, OH 45501

      /s/ Pat S. Genis
      PAT S. GENIS, #446244

1645277.1