# United States District Court
IN THE DISTRICT OF COLUMBIA

Robert Speelman  
Karren Speelman  
P.O Box 1232  
Springfiled, Ohio 45501

Case No. 1:05-cv-2482 (PLF)

CROSS MOTION FOR SUMMARY JUDGMENT

               Plaintiff(s),

v.

United States  
               Defendant.

Plaintiff hereby enters this Cross Motion for Summary Judgment. This Cross Motion is supported by the following::

FACTS IN SUPPORT OF CROSS MOTION FOR SUMMARY JUDGMENT

1. Defendant has moved to dismiss the above-captioned action for under Fed.R.Civ.P. 12(b), generally, citing insufficiency of service, and for lack of subject matter jurisdiction.

2. Defendant's motion is made with full knowledge that the Court has found that the basis upon which such "12(b)" motion rests fails to support a "12(b)(1)" motion; and is nonjurisdictional.

3. Defendant's motion is made with full knowledge that the Court has construed such baseless general motion as a motion under Fed.R.Civ.P. 12(b)(6), for failure to state a claim upon which relief may be granted.

4. Defendant's motion is made with full knowledge that

> "For the purposes of a motion to dismiss, the material allegations of the complaint are taken as admitted. See, e.g., Walker Process Equipment, Inc. v. Food Machinery & Chemical Corp., 382 U.S. 172, 174-175 (1965). And the complaint is to be liberally construed in favor of plaintiff. See Fed.Rule Civ.Proc. 8(f); Conley v. [395 U.S. 422] Gibson, 355 U.S. 41 (1957)."

Jenkins v. McKeithen, 395 U.S. 411, at 421-22.

5.   Defendant's motion is made with full knowledge that the Court has treated such general "12(b)" motion, construed as a motion under Fed.R.Civ.P. 12(b)(6), as a motion for summary judgment, in accordance with the rule.

6.   Defendant's motion is made with full knowledge that a motion for summary judgment is decided upon "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," under Fed.R.Civ.P. 56(c).

7.   Defendant's motion for summary judgment is knowingly made without "pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits," sufficient to overcome Plaintiff's Verified Complaint See: *Neal v. Kelley*, 963 F.2d 453 (D.C. Cir. 1992), and Affidavit.

Based upon defendant's blanket admission of all material allegations in Plaintiff's Complaint; and upon defendant's "mere allegations or denials" of Plaintiff's Complaint; and upon defendant's failure to "the pleadings, depositions, answers to interrogatories, and admissions on file, together with the affidavits, if any," Plaintiff is the sole party entitled to summary judgment.

Respectfully,

_____          Dated: 7-11, 2006
Robert Speelman                  _____
                                  Karren Speelman

## Acknowledgment

On the above inscribed date before the undersigned, a Notary Public for the State of Ohio 45501, personally appeared, Robert Speelman, Karren Speelman known to me to be the person(s) whose name(s) are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same as his/her/their free act and deed.

*Gloria J Finch*
Notary, State of Ohio 45501
*Aug 1, 2010*

On the above inscribed date before the undersigned, a Notary Public for the State of Ohio 45501, personally appeared Robert Speelman, known to me to be the person whose name is subscribed to the within instrument, and acknowledged to me that s/he executed the same as his/her free act and deed.

*Gloria J Finch*
Notary, State of Ohio 45501
*Aug 1, 2010*

# United States District Court
## IN THE DISTRICT OF COLUMBIA

Robert Speelman  
Karren Speelman  
P.O Box 1232  
Springfiled, Ohio 45501

Case No. 1:05-cv-2482 (PLF)

CERTIFICATE OF SERVICE OF CROSS MOTION FOR SUMMARY JUDGMENT

                Plaintiff(s),

v.

United States  
                Defendant.

Plaintiff hereby certifies service of Cross Motion for Summary Judgment upon:

Pat S. Genis # 446244  
Trial Attorney, Tax Division  
U.S. Department of Justice  
Post Office Box 227  
Washington, District of Columbia 20044

Respectfully,

Dated: 7-11, 2006

*/s/ Robert Speelman*  
Robert Speelman