UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                                    )
ROBERT SPEELMAN and           )
KARREN SPEELMAN,                 )
                                                    )
              Plaintiffs,            )
                                                    )
          v.                             )   Civil Action No. 05-2482 (PLF)
                                                    )
UNITED STATES OF AMERICA, )
                                                    )
              Defendant.           )
_____)

## ORDER

For the reasons explained in the Memorandum Opinion issued this same day, it is hereby

ORDERED that defendant's motion [5] to dismiss for insufficient service of process is DENIED; it is

FURTHER ORDERED that defendant's motion [5] to dismiss the plaintiffs' claim for compensatory damages for failure to state a claim upon which relief can be granted is GRANTED; it is

FURTHER ORDERED that defendant's motion [5] to dismiss the plaintiffs' claims for punitive damages, a declaratory judgment, an injunction, and a tax refund for lack of subject matter jurisdiction is GRANTED; it is

FURTHER ORDERED that plaintiff's motion [9] for summary judgment therefore is denied; and it is

FURTHER ORDERED that the Clerk of the Court shall remove this case from the docket of the Court. This is a final appealable order. See FED. R. APP. P. 4(a). All other pending motions are denied as moot.

SO ORDERED.

/s/_____
PAUL L. FRIEDMAN
DATE: November 15, 2006      United States District Judge